OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.26⁵
02 1R
0006557458   FEB 13 2015
MAILED FROM ZIP CODE 78701

WR-52,825-07

2/11/2015
BRANUM, ALFRED LEE          Tr. Ct. No. 486844-A
The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

DISCHARGED

ALFRED LEE BRANUM
ALFRED LEE BRANUM - TDC# 286354
2400 WALLACE PACK
NAVASOTA, TX 77868

UTF